# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.   CRIMINAL COMPLAINT

ROBERT E. STOCKMAN   CASE NUMBER: 11-m-571
(DOB: XX/XX/1972)

I, Brant A. Ungerer, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

Count One:   Between approximately November 1 and December 29, 2011, in the State and Eastern District of Wisconsin, the defendant herein knowingly possessed child pornography, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

Count Two:   Between approximately December 18 and December 22, 2011, in the State and Eastern District of Wisconsin and the State and Western District of Kentucky, the defendant herein did travel in interstate commerce to engage in an illicit sexual act, all in violation of Title 18, United States Code, Section 2243(b).

I further state that I am a City of Milwaukee Police Officer and Task Force Officer with the Federal Bureau of Investigation, and this complaint is based on the following facts:

Please see my attached affidavit.

Continued on the attached sheet and made a part hereof:   X Yes ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

December 30th, 2011   at Milwaukee, Wisconsin
Date                                  City and State

The Honorable William E. Callahan
United States Magistrate Judge                _____
**Name & Title of Judicial Officer**            Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brant A. Ungerer, a Milwaukee Police Detective and Task Force Officer with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been employed with the Milwaukee Police Department as a sworn law enforcement officer since April of 1993. I have held the rank of Detective since October of 2002. I am currently assigned as a Task Force Officer with the FBI, Milwaukee Division Cyber Crimes Task Force (CCTF). I am charged with conducting investigations of violations of federal law including the receipt, possession, distribution, and production of child pornography. I have gained experience in the conduct of such investigations through prior investigations, formal training, and in consultation with other members of the CCTF regarding these matters.

2. As a sworn Law Enforcement Officer assigned as a Task Force Officer to a federal law enforcement agency, I am authorized to investigate violations of laws of the Unites States and to execute warrants issued under the authority of the United States.

3. This affidavit is being submitted in support of a criminal complaint charging Robert E. Stockman with Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B), and Travel With Intent to Engage in Illicit Sexual Conduct, in violation of Title 18, United States Code, Section 2423(b).

4. The information supplied in this affidavit is based upon my investigation, information provided by Facebook security personnel and investigation conducted by other law enforcement agents and officers in this matter to date. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not set forth every fact related to or otherwise the

1

product of this investigation.

**Probable Cause**

5. On December 28, 2011 Special Agent Lee Chartier of the Milwaukee Division of the FBI was contacted by Facebook security via telephone regarding inappropriate contact between an adult individual and a 14 year-old minor. Facebook security identified the adult individual from his Facebook profile as Robert Stockman, who listed his date of birth as XX/XX/1972, and his city of residence as Milwaukee, Wisconsin. This individual had used the email addresses of live19and72learn@yahoo.com and killer19bee72@yahoo.com in conjunction with his Facebook account. Facebook security identified the juvenile female as JMB with a listed date of birth on her Facebook profile of XX/XX/1997, and a city of residence as Shepherdsville, Kentucky. Facebook security further provided a email address of countrykid@hotmail.com and a cellular telephone number which were both associated with JMB's Facebook profile. Facebook security further emailed Agent Chartier a copy of some of the correspondence between JMB and Robert Stockman through their Facebook accounts. Based upon my review, the emailed correspondence ranges between November 19 and December 5, 2011. In the communications, Robert Stockman asked for pictures of JMB, and specifically complained about the ones he received, "how hard is it to put your boobs and your face in the same pic." Stockman also stated, "I have dozens of pix of you naked," and remarked, "don't get me thinking about your pussy...cuz it's the prettiest thing I've ever seen." Stockman also details the sexual acts that he would like to perform on JMB which include touching and rubbing JMB's vagina and performing mouth to vagina sexual intercourse upon her. Stockman also related that he had access to JMB's Facebook account as well as her email account and informed her that he accessed them.

6. Facebook security also provided two IP addresses that had been used to access Robert Stockman's Facebook account. The first was 65.26.235.158 which Facebook identified as being the most frequently used since November, 2011, and according to them was also used to access JMB's Facebook account on December 28, 2011. SA Chartier checked this IP address with the MaxMind website and found that this IP address is listed to Time Warner / Road Runner in Muskego, WI.

7. The second IP address was 76.230.231.134. SA Chartier's check of this IP address found that it listed to SBC Internet Services (AT&T) in Milwaukee, WI.

8. According to my check of public records on December 29, 2011, through the database ChoicePoint Clear, a Robert Stockman E. Stockman, date of birth XX/XX/1972 resides at the address of SXX W13XXX Bristlecone Lane, Muskego, WI, 53150.

9. According to the State of Wisconsin Department of Transportation, Robert E. Stockman, renewed his State of Wisconsin driver's license on October 23, 2003 and listed his address at this time as SXX W13XXX Bristlecone Lane, Muskego, Wisconsin, 53150.

10. On December 29, 2011, FBI agents from the Louisville Kentucky office made contact with the female juvenile JMB at her home address of XXX Hackberry Lane, Shepherdsville, Kentucky 40165. The agents further verified that JMB is fourteen years old and has a date of birth of XX/XX/1997.

11. JMB admitted to agents that she corresponded with Robert Stockman online and via their cellphones. JMB confirmed that she sent approximately 50 photos of her vagina or breasts to Stockman via her cell phone. JMB further stated that during the week of December 18 through December 24, 2011, Robert Stockman traveled to Kentucky to meet her for sexual intercourse. JMB stated that she met with Stockman at the Hampton Inn in Bardstown, Kentucky where Stockman

3

had rented a room. JMB stated that they met multiple times in a three day time period and that during this time period Stockman and her had penis to vagina sexual intercourse, she performed mouth to penis sexual intercourse upon Stockman and there was touching of her genitalia and breasts by Stockman. JMB further advised that this was the first time she had sexual intercourse.

12. JMB also provided the agents a picture of Robert Stockman and her together from when he had come to physically see her. In this image a white male who appears to be in his 30's is cheek to cheek with JMB. On December 29, 2011, Special Agent Chartier obtained a State of Wisconsin Department photo of Robert E. Stockman, date of birth XX/XX/1972, who resides at the address of SXX W13XXX Bristlecone Lane, Muskego, Wisconsin. TFO Ungerer and SA Chartier both compared the image obtained from JMB as the identified Stockman and the image from the Wisconsin DOT and determined that they were the same person.

13. On December 29, 2011, I applied for and obtained a search warrant for Robert Stockman's residence at SXX W13XXX Bristlecone Lane, Muskego, Wisconsin. Agents executed the warrant at approximately 8:50 P.M. When I arrived at the scene at approximately 9:00 P.M., agents had secured the residence, and located Robert Stockman, as well as his wife and two daughters, aged 21 and 12. Agents also located Stockman's laptop computer and his cell phone. Stockman was arrested and conveyed to the Muskego Police Department Station. At the station, SA Chartier and myself interviewed Stockman who was advised of his constitutional rights which he waived. Regarding the offense, Stockman admitted that he met JMB online in a chat room in approximately October, 2011, and that she advised him immediately that she was 14 years old. Stockman maintained that initially he was counseling JMB in the chats, but that eventually he and JMB fell in love, and began having chats of sexual nature. Stockman estimated that JMB sent him approximately 15 pictures of her

4

naked or in various stages of undress. Stockman added that approximately one month ago, he began planning to travel to Kentucky to see JMB in person and continue the relationship. He drove to Kentucky on December 18, and returned on December 22, 2011. Stockman stated that on the last day, he and JMB had sexual intercourse and oral sex while in his hotel room. Stockman denied having any sexual interest in children, but stated that he was in love with JMB. Stockman further maintained that he planned to divorce his wife and move to Kentucky to be near JMB, and when she finally turned 16, they planned to approach her parents to ask for permission to marry.